Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

JS-6

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

Plaintiff,

vs.

Ana Laura Bratton, et al.,

Defendants.

CASE NO. EDCV 11-0405 WdK FMO

ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANA LAURA BRATTON, individually and d/b/a GALLARDO'S MEXICAN RESTAURANT

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ANA LAURA BRATTON and JAMES ROWE BRATTON, individually and d/b/a GALLARDO'S MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against ANA LAURA BRATTON, individually and d/b/a GALLARDO'S MEXICAN RESTAURANT.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 30, 2012, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

3

4  **IT IS SO ORDERED**:

*[signature]*  Dated: August 29, 2012
**The Honorable William D. Keller**
**United States District Court**
8  **Central District of California**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28